371 A.2d 1309

Mastandrea v. Great Southwest Fire Insurance Company, Appellant.

Argued November 15, 1976. Paul W. Roman, Jr., with him Dickie, McCamey & Chilcote, for appellant; Samuel J. Goldstein, for appellee.

Order affirmed.

WATKINS, P. J., absent.

371 A.2d 1309

Mendys, Appellant, v. Mendys.

Argued November 10, 1976. John M. Walsh, with him Nernberg & Nernberg, for appellant; Charles G. Ross, with him Andrew C. Van Gorder, for appellee.

Order affirmed.